

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2020

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS**,
Appellant

v.

Ricardo 'Rick' Manuel **ROMO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding

## O R D E R

Appellee's second motion for an extension of time to file the appellee's brief is granted. We order the appellee's brief due on May 6, 2020

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court